UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Jedidiah Livingston, | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-02440 |
| v. | : |
| Kaplan Higher Education, LLC, | : **COMPLAINT** |
| Defendant. | : |

For this Complaint, Plaintiff, Jedidiah Livingston, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transact business here, Plaintiff resides in this judicial district, and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

3. Plaintiff, Jedidiah Livingston ("Plaintiff"), is an adult individual residing in Pikeszielle, Maryland, and is a "person" as defined by 47 U.S.C. § 153(10).

4. Defendant, Kaplan Higher Education, LLC ("Kaplan"), is a business entity with an address of 1015 Windward Ridge Parkway, Alpharetta, Georgia 30005, and is a "person" as defined by 47 U.S.C. § 153(10).

## FACTS

5. In or around March 2013, Defendant began placing calls to Plaintiff's cellular telephone through an automatic telephone dialing system ("ATDS") and/or by using an artificial or prerecorded voice.

6. When Plaintiff answered the calls from Defendant, he heard a prerecorded message directing him to press "1" to speak to a representative or "2" to make a payment.

7. During a telephone conversation in or around July 2013, Plaintiff directed Defendant to cease all calls to his cellular phone.

8. Nonetheless, Defendant continued to place automated calls to Plaintiff's cellular phone number.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –
## 47 U.S.C. § 227, *et seq.*

9. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10. Without Plaintiff's consent, Defendants contacted Plaintiff by means of automated telephone calls on his cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii). As such, each call placed to Plaintiff is a knowing and/or willful violation of the TCPA, and is therefore subject to treble damages of $1,500.00 per call pursuant to 47 U.S.C. § 227(b)(3)(C).

11. In the alternative, as a result of each negligent call made in violation of the TCPA, Plaintiff is entitled to an award of $500.00 for each call pursuant to 47 U.S.C. § 227(b)(3)(B).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

    A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

C. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: August 21, 2013

        Respectfully submitted,

        By   */s/ Sergei Lemberg*
        Sergei Lemberg, Esq.
        LEMBERG & ASSOCIATES L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        ATTORNEYS FOR PLAINTIFF