# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT,
DISTRICT OF MARYLAND

2014 JAN -3 P 3:32

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| JEDIDIAH LIVINGSTON | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-13-2440 |
| KAPLAN HIGHER EDUCATION, LLC | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon the Defendant's MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION (ECF No. 10) and the Plaintiff having failed to respond to the Defendant's Motion, and the Defendant having persuaded the Court that an arbitration agreement is in force between the parties, which causes the Court, currently, to lack subject matter jurisdiction, it is:

ORDERED, that the above-captioned matter is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to CLOSE THIS CASE.

DATED this 3 day of January, 2014.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge